UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Stark & Stark, P.C.
Marshall T. Kizner, Esq. (MK-7344)
993 Lenox Drive, Bldg. 2
P.O. Box 5315
Princeton, NJ 08543
(609) 896-9060
Attorneys for Creditor, De Lage Landen Financial Services, Inc.

In Re:

SHAYNE C. PHILLIPS and KELLY T. PHILLIPS

Case No.: 19-26738

Chapter: 7

Judge: JKS

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of De Lage Landen Financial. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Stark & Stark, P.C.
           Attn: Marshall T. Kizner, Esq.
           P.O. Box 5315
           Princeton, NJ 08543
           mkizner@stark-stark.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 11/15/2019

/s/ Marshall T. Kizner
Signature

*new.8/1/15*