Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−26738−JKS
        Chapter: 7
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shayne C. Phillips                         Kelly T. Phillips
   5 Davis Terrace                             5 Davis Terrace
   Newton, NJ 07860                      Newton, NJ 07860

Social Security No.:
   xxx−xx−2974                                   xxx−xx−0115

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

     Chapter 7: [60 days from the first date set for your Meeting of Creditors.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: November 18, 2019
JAN: admi

                                                                                                 Jeanne Naughton
                                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Shayne C. Phillips
Kelly T. Phillips
     Debtors

Case No. 19-26738-JKS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 1          Date Rcvd: Nov 18, 2019
                          Form ID: finmgtc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.
db/jdb       +Shayne C. Phillips,   Kelly T. Phillips,   5 Davis Terrace,   Newton, NJ 07860-2707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 19 2019 02:10:40     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2019 02:10:37     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                                                  TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:
         Kevin Gordon McDonald   on behalf of Creditor   VW Credit, Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         Marshall T. Kizner   on behalf of Creditor   De Lage Landen Financial Services, Inc. mkizner@stark-stark.com
         Nicholas V. Rogers   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
         Rebecca Ann Solarz   on behalf of Creditor   VW Credit, Inc. rsolarz@kmllawgroup.com
         Sherri Jennifer Smith   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
         Stephen B. McNally   on behalf of Debtor Shayne C. Phillips steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
         Stephen B. McNally   on behalf of Joint Debtor Kelly T. Phillips steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
         Steven P. Kartzman   kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                         TOTAL: 9