| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Kevin G. McDonald<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>VW credit, Inc. | Case No: <u>19-26738 JKS</u><br><br>Chapter: <u>7</u> |
| In Re:<br>　　Shayne C. Phillips,<br>　　Kelly T. Phillips | Hearing Date: <u>November 19, 2019 at 10:00 A.M.</u><br><br>Judge: John K. Sherwood |

**Order Filed on November 20, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

| | | | | |
|---|---|---|---|---|
| Recommended Local Form | ☐ | Followed | ☐ | Modified |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 20, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

[Type text]

Upon the motion of VW credit, Inc., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as: **2016 Audi A6, VIN: WAUFGAFC3GN191419,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Shayne C. Phillips  
Kelly T. Phillips  
    Debtors

Case No. 19-26738-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 20, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.  
db/jdb        +Shayne C. Phillips,    Kelly T. Phillips,    5 Davis Terrace,    Newton, NJ 07860-2707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:  
            Kevin Gordon McDonald    on behalf of Creditor    VW Credit, Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Marshall T. Kizner    on behalf of Creditor    De Lage Landen Financial Services, Inc. mkizner@stark-stark.com  
            Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
            Rebecca Ann Solarz    on behalf of Creditor    VW Credit, Inc. rsolarz@kmllawgroup.com  
            Sherri Jennifer Smith    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
            Stephen B. McNally    on behalf of Joint Debtor Kelly T. Phillips steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com  
            Stephen B. McNally    on behalf of Debtor Shayne C. Phillips steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com  
            Steven P. Kartzman    kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                         TOTAL: 9