Certificate Number: 15317-NJ-DE-033744931

Bankruptcy Case Number: 19-26738



15317-NJ-DE-033744931

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 24, 2019</u>, at <u>8:57</u> o'clock <u>PM PST</u>, <u>Shayne C Phillips</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>November 24, 2019</u>            By:   <u>/s/Christel Raz</u>

Name:  <u>Christel Raz</u>

Title:  <u>Counselor</u>