Certificate Number: 15317-NJ-DE-033744932

Bankruptcy Case Number: 19-26738



15317-NJ-DE-033744932

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 24, 2019</u>, at <u>8:57</u> o'clock <u>PM PST</u>, <u>Kelly T Phillips</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:    <u>November 24, 2019</u>    By:    <u>/s/Christel Raz</u>

Name:    <u>Christel Raz</u>

Title:    <u>Counselor</u>