UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                 Case No.: 19-26738 JKS

KELLY T. PHILLIPS, Debtor(s).                              Chapter 7

                                                                             Judge: John K. Sherwood

**NOTICE OF PROPOSED ABANDONMENT**

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court 50 Walnut Street Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on *January 7, 2020 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3D. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property: 5 Davis Terrace, Newton, New Jersey

Value of property: $ 242,500 (CMA dated 08/21/2019)

Less about 10% costs of sale: $ 24,500

Liens on property: $ 243,790

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name:         Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger, Sanders & Kartzman, LLC

Address:      101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone:   973.267.0220