UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Case No.: 19-26738 JKS

KELLY T. PHILLIPS, Debtor(s).  Chapter 7

Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on *January 7, 2020 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3D. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property: 5 Davis Terrace, Newton, New Jersey

Value of property: $ 242,500 (CMA dated 08/21/2019)

Less about 10% costs of sale: $ 24,500

Liens on property: $ 243,790

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name:      Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger, Sanders & Kartzman, LLC

Address:   101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone: 973.267.0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-26738-JKS
Shayne C. Phillips                                                        Chapter 7
Kelly T. Phillips
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Nov 27, 2019
                              Form ID: pdf905          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.
```
db/jdb       +Shayne C. Phillips,   Kelly T. Phillips,   5 Davis Terrace,   Newton, NJ 07860-2707
cr           +American Express National Bank c/o Becket & Lee LL,   PO Box 3001,   Malvern, PA 19355-0701
cr           +BANK OF AMERICA, N.A.,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
               Philadelphia, PA 19103-1814
cr           +De Lage Landen Financial Services, Inc.,   c/o Stark & Stark, P.C.,   993 Lenox Drive,
               Lawrenceville, NJ 08648-2316
518436987    +American Express,   PO Box 1270,   Newark, NJ 07101-1270
518444974     American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
518436988    +Bank of America,   PO Box 45224,   Jacksonville, FL 32232-5224
518436989    +Barclay's Card,   PO Box 13337,   Philadelphia, PA 19101-3337
518436996    +Citi Bank,   PO Box 70166,   Philadelphia, PA 19176-0166
518436997    +Citi Bank,   PO Box 9001037,   Louisville, KY 40290-1037
518436998    +DirectTV,   PO Box 5007,   Carol Stream, IL 60197-5007
518437003    +HSBC Bank,   PO Box 4657,   Carol Stream, IL 60197-4657
518437002    +Home Depot Credit Services,   PO Box 9001010,   Louisville, KY 40290-1010
518437007    +Macy's,   PO Box 9001094,   Louisville, KY 40290-1094
518437008    +Mitsubishi Card,   PO Box 960061,   Orlando, FL 32896-0061
518437011    +Sears Credit Services,   PO Box 78051,   Phoenix, AZ 85062-8051
518437014    +Synchony Bank/Dick's Sporting Good,   PO Box 530916,   Atlanta, GA 30353-0916
518437019     Target Card Services,   PO Box 660170,   Dallas, TX 75266-0170
518437021    +Township of Andover,   134 Newton Sparta Road,   Newton, NJ 07860-2746
518437022    +VW Credit/Audi Credit,   PO Box 7572,   Libertyville, IL 60048-7572
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2019 00:03:43     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2019 00:03:38     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:21
               Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
518436991    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 28 2019 00:12:26     Capital One,
               PO Box 6492,   Carol Stream, IL 60197-6492
518436994    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 28 2019 00:12:26     Capital One Card,
               PO Box 6492,   Carol Stream, IL 60197-6492
518436995    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 28 2019 00:11:32
               Capital One/Justice Card,   PO Box 71106,   Charlotte, NC 28272-1106
518437000     E-mail/Text: mrdiscen@discover.com Nov 28 2019 00:02:38     Discover,   PO Box 3008,
               New Albany, OH 43054
518436998    +E-mail/Text: G06041@att.com Nov 28 2019 00:04:06     DirectTV,   PO Box 5007,
               Carol Stream, IL 60197-5007
518436999    +E-mail/Text: mrdiscen@discover.com Nov 28 2019 00:02:38     Discover,   PO Box 6103,
               Carol Stream, IL 60197-6103
518437004    +E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 28 2019 00:03:53     Key Bank,   PO Box 94722,
               Cleveland, OH 44101-4722
518437005    +E-mail/Text: bncnotices@becket-lee.com Nov 28 2019 00:02:47     Kohl's Payment Center,
               PO Box 2983,   Milwaukee, WI 53201-2983
518437006     E-mail/Text: camanagement@mtb.com Nov 28 2019 00:03:16     M&T Bank,   PO Box 64679,
               Baltimore, MD 21264
518437009    +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:12:17     Old Navy,   PO Box 530942,
               Atlanta, GA 30353-0942
518437010    +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:21     Sam's Club,   PO Box 960013,
               Orlando, FL 32896-0013
518437013    +E-mail/Text: jennifer.chacon@spservicing.com Nov 28 2019 00:04:38
               Select Portfolio Servicing,   PO Box 65450,   Salt Lake City, UT 84165-0450
518440322    +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:21     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518437015    +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:20     Synchrony Bank/JCP,
               PO Box 960090,   Orlando, FL 32896-0090
518437016    +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:21     Synchrony Bank/Lowe's,
               PO Box 530914,   Atlanta, GA 30353-0914
518437018    +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:21     Synchrony Bank/PC Richards,
               PO Box 960061,   Orlando, FL 32896-0061
518437020    +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:27     TJX Rewards,   PO Box 530949,
               Atlanta, GA 30353-0949
                                                                                              TOTAL: 20
```

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Nov 27, 2019
                              Form ID: pdf905            Total Noticed: 39
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518436990*      +Barclay's Card,    PO Box 13337,    Philadelphia, PA 19101-3337
518436992*      +Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
518436993*      +Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
518437001*      +Discover,    PO Box 6103,    Carol Stream, IL 60197-6103
518437012*      +Sears Credit Services,    PO Box 78051,    Phoenix, AZ 85062-8051
518437017*      +Synchrony Bank/Lowe's,    PO Box 530914,    Atlanta, GA 30353-0914
                                                                                            TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:
```
              Kevin Gordon McDonald    on behalf of Creditor    VW Credit, Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marshall T. Kizner    on behalf of Creditor    De Lage Landen Financial Services, Inc.
               mkizner@stark-stark.com
              Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit, Inc. rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Stephen B. McNally    on behalf of Joint Debtor Kelly T. Phillips steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              Stephen B. McNally    on behalf of Debtor Shayne C. Phillips steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```