<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor 1 | Shayne C. Phillips |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | Kelly T. Phillips |
| | First Name    Middle Name    Last Name |

Social Security number or ITIN    xxx–xx–2974
EIN    _ _–_ _ _ _ _ _ _

Social Security number or ITIN    xxx–xx–0115
EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    District of New Jersey

Case number:    19–26738–JKS

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shayne C. Phillips

Kelly T. Phillips

12/6/19

**By the court:**   John K. Sherwood
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

| |
|---|
| **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.** |

United States Bankruptcy Court
District of New Jersey

In re:
Shayne C. Phillips
Kelly T. Phillips
        Debtors

Case No. 19-26738-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Dec 06, 2019
                             Form ID: 318          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db/jdb        +Shayne C. Phillips,   Kelly T. Phillips,   5 Davis Terrace,   Newton, NJ 07860-2707
cr            +American Express National Bank c/o Becket & Lee LL,   PO Box 3001,   Malvern, PA 19355-0701
cr            +De Lage Landen Financial Services, Inc.,   c/o Stark & Stark, P.C.,   993 Lenox Drive,
               Lawrenceville, NJ 08648-2316
518437003     +HSBC Bank,   PO Box 4657,   Carol Stream, IL 60197-4657
518437002     +Home Depot Credit Services,   PO Box 9001010,   Louisville, KY 40290-1010
518437007     +Macy's,   PO Box 9001094,   Louisville, KY 40290-1094
518437008     +Mitsubishi Card,   PO Box 960061,   Orlando, FL 32896-0061
518437011     +Sears Credit Services,   PO Box 78051,   Phoenix, AZ 85062-8051
518437014     +Synchony Bank/Dick's Sporting Good,   PO Box 530916,   Atlanta, GA 30353-0916
518437021     +Township of Andover,   134 Newton Sparta Road,   Newton, NJ 07860-2746
518437022     +VW Credit/Audi Credit,   PO Box 7572,   Libertyville, IL 60048-7572

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2019 01:28:57    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2019 01:28:54    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: BANKAMER2.COM Dec 07 2019 05:48:00    BANK OF AMERICA, N.A.,
               Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
               Philadelphia, PA 19103-1814
cr            +EDI: RMSC.COM Dec 07 2019 05:48:00    Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,   Norfolk, VA 23541-1021
518436987     +EDI: AMEREXPR.COM Dec 07 2019 05:48:00    American Express,   PO Box 1270,
               Newark, NJ 07101-1270
518444974      EDI: BECKLEE.COM Dec 07 2019 05:48:00    American Express National Bank,
               c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
518436988     +EDI: BANKAMER.COM Dec 07 2019 05:48:00    Bank of America,   PO Box 45224,
               Jacksonville, FL 32232-5224
518436989     +EDI: TSYS2.COM Dec 07 2019 05:48:00    Barclay's Card,   PO Box 13337,
               Philadelphia, PA 19101-3337
518436991     +EDI: CAPITALONE.COM Dec 07 2019 05:48:00    Capital One,   PO Box 6492,
               Carol Stream, IL 60197-6492
518436994     +EDI: CAPITALONE.COM Dec 07 2019 05:48:00    Capital One Card,   PO Box 6492,
               Carol Stream, IL 60197-6492
518436995     +EDI: CAPITALONE.COM Dec 07 2019 05:48:00    Capital One/Justice Card,   PO Box 71106,
               Charlotte, NC 28272-1106
518436997     +EDI: CITICORP.COM Dec 07 2019 05:48:00    Citi Bank,   PO Box 9001037,
               Louisville, KY 40290-1037
518436996     +EDI: CITICORP.COM Dec 07 2019 05:48:00    Citi Bank,   PO Box 70166,
               Philadelphia, PA 19176-0166
518437000      EDI: DISCOVER.COM Dec 07 2019 05:48:00    Discover,   PO Box 3008,   New Albany, OH 43054
518436998     +EDI: DIRECTV.COM Dec 07 2019 05:48:00    DirectTV,   PO Box 5007,
               Carol Stream, IL 60197-5007
518436999     +EDI: DISCOVER.COM Dec 07 2019 05:48:00    Discover,   PO Box 6103,
               Carol Stream, IL 60197-6103
518437004     +E-mail/Text: key_bankruptcy_ebnc@keybank.com Dec 07 2019 01:29:11    Key Bank,   PO Box 94722,
               Cleveland, OH 44101-4722
518437005     +E-mail/Text: bncnotices@becket-lee.com Dec 07 2019 01:28:15    Kohl's Payment Center,
               PO Box 2983,   Milwaukee, WI 53201-2983
518437006      E-mail/Text: camanagement@mtb.com Dec 07 2019 01:28:36    M&T Bank,   PO Box 64679,
               Baltimore, MD 21264
518437009     +EDI: RMSC.COM Dec 07 2019 05:48:00    Old Navy,   PO Box 530942,   Atlanta, GA 30353-0942
518437010     +EDI: RMSC.COM Dec 07 2019 05:48:00    Sam's Club,   PO Box 960013,   Orlando, FL 32896-0013
518437013     +E-mail/Text: jennifer.chacon@spservicing.com Dec 07 2019 01:30:17
               Select Portfolio Servicing,   PO Box 65450,   Salt Lake City, UT 84165-0450
518440322     +EDI: RMSC.COM Dec 07 2019 05:48:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
518437015     +EDI: RMSC.COM Dec 07 2019 05:48:00    Synchrony Bank/JCP,   PO Box 960090,
               Orlando, FL 32896-0090
518437016     +EDI: RMSC.COM Dec 07 2019 05:48:00    Synchrony Bank/Lowe's,   PO Box 530914,
               Atlanta, GA 30353-0914
518437018     +EDI: RMSC.COM Dec 07 2019 05:48:00    Synchrony Bank/PC Richards,   PO Box 960061,
               Orlando, FL 32896-0061
518437020     +EDI: RMSC.COM Dec 07 2019 05:48:00    TJX Rewards,   PO Box 530949,   Atlanta, GA 30353-0949
518437019      EDI: WTRRNBANK.COM Dec 07 2019 05:48:00    Target Card Services,   PO Box 660170,
               Dallas, TX 75266-0170
                                                                                        TOTAL: 28

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Dec 06, 2019
                              Form ID: 318             Total Noticed: 39
```

```
           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518436990*     +Barclay's Card,   PO Box 13337,   Philadelphia, PA 19101-3337
518436992*     +Capital One,   PO Box 6492,   Carol Stream, IL 60197-6492
518436993*     +Capital One,   PO Box 6492,   Carol Stream, IL 60197-6492
518437001*     +Discover,   PO Box 6103,   Carol Stream, IL 60197-6103
518437012*     +Sears Credit Services,   PO Box 78051,   Phoenix, AZ 85062-8051
518437017*     +Synchrony Bank/Lowe's,   PO Box 530914,   Atlanta, GA 30353-0914
                                                              TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
          Kevin Gordon McDonald   on behalf of Creditor   VW Credit, Inc. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marshall T. Kizner   on behalf of Creditor   De Lage Landen Financial Services, Inc.
           mkizner@stark-stark.com
          Nicholas V. Rogers   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Rebecca Ann Solarz   on behalf of Creditor   VW Credit, Inc. rsolarz@kmllawgroup.com
          Sherri Jennifer Smith   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Stephen B. McNally   on behalf of Joint Debtor Kelly T. Phillips steve@mcnallylawllc.com,
           jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          Stephen B. McNally   on behalf of Debtor Shayne C. Phillips steve@mcnallylawllc.com,
           jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          Steven P. Kartzman   on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman   kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                              TOTAL: 10
```