Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19–26738–JKS
                Chapter: 7
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Shayne C. Phillips | Kelly T. Phillips |
| 5 Davis Terrace | 5 Davis Terrace |
| Newton, NJ 07860 | Newton, NJ 07860 |

Social Security No.:
  xxx–xx–2974                                   xxx–xx–0115

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Steven P. Kartzman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 2, 2020</u>         <u>John K. Sherwood</u>
                                        Judge, United States Bankruptcy Court